# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TAMMY L. LEONARD, )
)
    Plaintiff, )
)
v. ) Case No.: 1:21-cv-5930
)
SALEEM H. GILLANI and )
R & P LOGISTICS INC., )
)
    Defendants. )

## NOTICE OF REMOVAL

Defendants, Saleem H. Gillani and R & P Logistics, Inc., by counsel, and pursuant to 28 U.S.C. §1332, hereby file their notice of removal of the captioned matter to the United States District Court for the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County, Illinois, and respectfully state as follows:

    1.    Defendants, Saleem H. Gillani and R & P Logistics, Inc. ("defendants") are defendants in a personal injury action now pending in the Law Division of the Circuit Court of Cook County under Case Number 2021-L-005067.

    2.    Plaintiff Tammy L. Leonard filed her Complaint in the Circuit Court of Cook County on or about May 17, 2021.

    3.    Counsel appeared for defendants on August 5, 2021 and answered the complaint on August 24, 2021.

4. Plaintiff's complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5. Plaintiff, Tammy L. Leonard, is a citizen of the State of Illinois.

6. Defendant, Saleem H. Gillani, is a citizen of the State of New York.

7. Defendant, R & P LOGISTICS, INC., is an Indiana corporation with its principal place of business in Brownsburg, Indiana; as a result, Defendant, R & P LOGISTICS, INC., is a citizen of the State of Indiana.

8. Accordingly, the parties are citizens of different states pursuant to 28 U.S.C. §1332.

9. While plaintiff's complaint seeks an unspecified amount of damages, counsel for plaintiff sent correspondence to counsel for defendants on October 25, 2021 making a settlement demand of $125,000 (Exhibit A.) Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a) and defendants' removal to this Court is timely because it is within thirty (30) days of the date plaintiff provided notice that the amount in controversy is in excess of $75,000.

10. Attached hereto as Exhibit B is a complete copy of the pleadings on file with the Circuit Court of Cook County as of the date of this filing of this notice of removal.

11. Upon the filing of the notice of removal, defendants will file notice in Circuit Court of Cook County, Chicago, Illinois, that this action has been removed to this Honorable Court and that pursuant to 28 U.S.C. § 1446(d) and that no further proceedings may be had therein until, and if, the case is

remanded. A copy of the notice to be filed in Circuit Court of Cook County, Case Number 2021-L-005067, is attached as Exhibit C.

Respectfully submitted,

WHITTEN LAW OFFICE

/s/Michael T. Terwilliger
Michael T. Terwilliger
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I, Michael T. Terwilliger, pursuant to the provisions of § 1-109 of the Code of Civil Procedure, certify that I served the foregoing Notice of Removal via email to the following address on November 5, 2021:

Jonathan P. Mincieli, Esq.
Thomas M. Connelly, Esq.
MEYERS & FLOWERS, LLC
jpm@meyers-flowers.com
tmc@meyers-flowers.com

Respectfully submitted,

WHITTEN LAW OFFICE

/s/Michael T. Terwilliger
Michael T. Terwilliger
*Counsel for Defendants*

Michael T. Terwilliger, ARDC#6244004
WHITTEN LAW OFFICE
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com